**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Elite School Bus Company L.L.C.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-5505473** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2399 Joseph Biggs Highway** <br> **North East, MD 21901** <br> Number, Street, City, State & ZIP Code | **511 Conowingo Road** <br> **Conowingo, MD 21918** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Cecil** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Elite School Bus Company L.L.C.**                                    Case number (*if known*) _____
        Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
        4854

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor     **Elite School Bus Company L.L.C.**                              Case number (*if known*) _____
                  Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                      Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
              Contact name _____
              Phone _____

---

**▮ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Elite School Bus Company L.L.C.**                                    Case number (*if known*) _____
         Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **Elite School Bus Company L.L.C.**                                              Case number (*if known*) _____
     Name

---

### ■ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 25, 2025**
                MM / DD / YYYY

**X** ***/s/ Rebecca Minks***                            **Rebecca Minks**
    Signature of authorized representative of debtor            Printed name

Title   **Manager**

---

**18. Signature of attorney**

**X** ***/s/ Mary Fran Ebersole***            Date  **February 25, 2025**
    Signature of attorney for debtor                        MM / DD / YYYY

**Mary Fran Ebersole 08729**
Printed name

**Tydings & Rosenberg LLP**
Firm name

**One East Pratt Street**
**Suite 901**
**Baltimore, MD 21202**
Number, Street, City, State & ZIP Code

Contact phone   **(410) 752-9750**       Email address  **mebersole@tydings.com**

**08729 MD**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Elite School Bus Company L.L.C.**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 25, 2025**     X *∕s∕ Rebecca Minks*
                                        Signature of individual signing on behalf of debtor

                                        **Rebecca Minks**
                                        Printed name

                                        **Manager**
                                        Position or relationship to debtor

Official Form 202           **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Elite School Bus Company L.L.C.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Gilbert, Joseph & Edwina**<br>**2399 Joseph Biggs Highway**<br>**North East, MD 21901** | | **business assets purchase loan** | | | | $529,788.07 |
| **U.S. Small Business Administration**<br>**409 3rd Street, SW**<br>**Washington, DC 20416** | | **blanket UCC lien** | | $471,637.98 | $144,413.00 | $327,224.98 |
| **FC Marketplace, LLC**<br>**707 17th Street, #2200**<br>**Denver, CO 80202** | | **business loan - dispute as to improper sale/financing terms** | **Disputed** | | | $233,620.04 |
| **Internal Revenue Service Centralized Insolvency Operation**<br>**Post Office Box 7346**<br>**Philadelphia, PA 19101-7346** | | **payroll/ withholding taxes** | | | | $125,528.00 |
| **ByzFunder**<br>**530 7th Ave., Suite 505**<br>**New York, NY 10018** | | **business loan - dispute as to improper sale/financing terms** | **Disputed** | | | $86,000.00 |
| **Ferrell Fuel Company**<br>**607 Old Philadelphia Road**<br>**Aberdeen, MD 21001** | | **gas and propane provider** | | | | $68,000.00 |

Debtor **Elite School Bus Company L.L.C.**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SuperFast Cap (Alternative Capital) Top Choice Financial LLC 61 Broadway, #1901 New York, NY 10006** | | **business loan - dispute as to improper sale/financing terms** | **Disputed** | | | **$63,000.00** |
| **Comptroller of Maryland Compliance Division 7 Saint Paul Street Baltimore, MD 21202** | | **payroll/ withholding taxes** | | | | **$51,916.89** |
| **ERC Specialists 560 E. Timpanogos Circle Orem, UT 84097** | | **ERC credit service provider - disputed claim based on improper service provided** | **Disputed** | | | **$39,794.79** |
| **Bank of America 100 North Tryon Street Charlotte, NC 28255** | | **credit account** | | | | **$22,755.63** |
| **Chase Bank (Chase Ink) 383 Madison Avenue New York, NY 10017** | | **credit account** | | | | **$22,413.34** |
| **OnDeck Capital, Inc. 4700 W. Daybreak Parkway Suite 200 South Jordan, UT 84009** | | **business loan - dispute as to improper sale/financing terms** | **Disputed** | | | **$16,000.00** |
| **Comptroller of Maryland Compliance Division 7 Saint Paul Street Baltimore, MD 21202** | | **unemployment taxes** | | | | **$13,563.92** |
| **Chesapeake Employers Insurance 8722 Loch Raven Blvd Towson, MD 21286** | | **insurance premiums** | | | | **$13,472.00** |
| **Gilbert, Joseph & Edwina 2399 Joseph Biggs Highway North East, MD 21901** | | **lease arrears** | | | | **$10,800.00** |

Debtor    **Elite School Bus Company L.L.C.**                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Selective Insurance Company of America 40 Wantage Ave. Branchville, NJ 07890** | | **liability insurance** | | | | **$8,659.00** |
| **American Express (Lowe's) 200 Vesey Street New York, NY 10285-3106** | | **credit account** | | | | **$7,007.05** |
| **Intuit/QuickBooks Capital Web Bank 2700 Coast Ave. Mountain View, CA 94043-1140** | | **busienss loan** | | | | **$5,442.98** |
| **Capital One 1680 Capital One Drive Mc Lean, VA 22102** | | **credit account** | | | | $5,435.62 |
| **Internal Revenue Service Centralized Insolvency Operation Post Office Box 7346 Philadelphia, PA 19101-7346** | | **unemployment taxes** | | | | $1,189.45 |

**Fill in this information to identify the case:**

Debtor name **Elite School Bus Company L.L.C.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

---

**Part 1:   Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*........................................................................   $ _____ 0.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*...................................................................   $ _____ 162,513.00

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.....................................................................   $ _____ 162,513.00

---

**Part 2:   Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ _____ 1,265,655.69

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................   $ _____ 192,198.26

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$ _____ 1,132,188.52

4.  Total liabilities ..............................................................................................................
    Lines 2 + 3a + 3b                                                                                      $ _____ 2,590,042.47

**Fill in this information to identify the case:**

Debtor name    **Elite School Bus Company L.L.C.**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number

| 3.1. | **First National Bank (-6347 and -9679)** | checking & savings | | $6,100.00 |
|---|---|---|---|---|

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**      **$6,100.00**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 86,913.00 | - | 0.00 | = .... | $86,913.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor   **Elite School Bus Company L.L.C.**          Case number *(If known)* _____
         Name

12.   **Total of Part 3.**                                              | $86,913.00 |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** 2 computers, 1 printer, 1 Chromebook | Unknown | | $1,500.00 |
| supplies, appliances | Unknown | | $1,000.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                              | $2,500.00 |
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor    **Elite School Bus Company L.L.C.**                     Case number *(if known)* _____
          Name

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.  **2020 Ford Expedition** | **Unknown** | | **$30,000.00** |
| 47.2.  **2018 Ford Truck SuperDuty [KBB valuation: 17,173.00]** | **Unknown** | | **$18,000.00** |
| 47.3.  **bus fleet - six (6) diesel and nineteen (19) BlueBird propane buses (see attached spreadsheet)** | **Unknown** | | **Unknown** |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | |
| **49.** | **Aircraft and accessories** | | |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**tools, toolboxes, tires, fuel/oil filters, assorted equipment and accessories for buses** | **Unknown** | | **$19,000.00** |

**51.**  **Total of Part 8.**                                                                      **$67,000.00**

Add lines 47 through 50.  Copy the total to line 87.

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor  **Elite School Bus Company L.L.C.**  Case number *(If known)* _____
_____
Name

| apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1. **2399 Joseph Biggs Highway** | **leasehold** | **Unknown** | | **$0.00** |

56. **Total of Part 9.** | **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**  **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Elite School Bus Company L.L.C.**                    Case number *(If known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,100.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $86,913.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $67,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $162,513.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $162,513.00 |

**ATTACHMENT FOR LINE ITEM 47.3**

| BUS# | IN-SERVICE | BODY | CHASSIS | VIN# | YEAR | MILEAGE |
|------|-----------|------|---------|------|------|---------|
| 17 | 10/21/21 | Bluebird | Propane | 1BAKGCHA5NF386738 | 2022 | 82632 |
| 18 | 09/02/20 | Bluebird | Propane | 1BAKGCBA2MF376336 | 2021 | 77546 |
| 28 | 08/01/19 | Bluebird | Propane | 1BAKGCBA6LF365743 | 2020 | 82204 |
| 29 | 08/18/17 | Bluebird | Propane | 1BAKGCBA2JF342098 | 2018 | 99855 |
| 30 | 09/14/22 | Bluebird | Propane | 1BAKGCHA3PF394081 | 2023 | 51298 |
| 33 | 08/30/21 | Bluebird | Propane | 1BAKGCHA7NF383968 | 2022 | 47711 |
| 34 | 09/14/22 | Bluebird | Propane | 1BAKGCHA5PF394082 | 2023 | 56352 |
| 40 | 09/01/23 | Bluebird | Propane | 1BAKGCBA2MF37888 | 2021 | 67368 |
| S40 | 08/24/11 | IC | INTL-OS | 4DRBUAAN2CB553427 | 2012 | 196753 |
| 58 | 09/01/23 | Bluebird | Diesel | 1BAKGCPA7EF305322 | 2014 | 205809 |
| S58 | 08/24/11 | IC | INT-OS | 4DRBUAAN2CB553428 | 2012 | 159026 |
| 60 | 08/30/21 | Bluebird | Propane | 1BAKGCHA5NF383967 | 2022 | 74368 |
| 69 | 10/21/21 | Bluebird | Propane | 1BAKGCHA1NF386736 | 2022 | 75222 |
| 72 | 09/13/22 | Bluebird | Propane | 1BAKGCHA9PF394084 | 2023 | 47618 |
| S-72 | 08/25/10 | IC | INT-OS | 4DRBUAANOBB283967 | 2011 | 212031 |
| 82 | 08/01/19 | Bluebird | Propane | 1BAKGCBA8LF365744 | 2020 | 75988 |
| 83 | 08/01/17 | Bluebird | Propane | 1BAKGCBA8JF341361 | 2018 | 99448 |
| 87 | 10/21/21 | Bluebird | Propane | 1BAKGCHA3NF386737 | 2022 | 56293 |
| 98 | 09/08/22 | Bluebird | Propane | 1BAKGCHA7PF394083 | 2023 | 41350 |
| 201 | 08/22/12 | IC | INT-OS | 4DRBUAAN4DB238243 | 2013 | 231218 |
| 222 | 08/22/13 | IC | INT-OS | 4DRBUAAN9EB761131 | 2014 | 291318 |
| 236 | 08/01/16 | Bluebird | Propane | 1BAKGCBAXHF327813 | 2017 | 130916 |
| 240 | 08/18/17 | Bluebird | Propane | 1BAKGCBA6JF341360 | 2018 | 99852 |
| 244 | 09/02/20 | Bluebird | Propane | 1BAKGCBA4MF376337 | 2021 | 77613 |
| 308 | 08/29/22 | Bluebird | Propane | 1BAKGCBAXGF320858 | 2016 | 228970 |

**Fill in this information to identify the case:**

Debtor name **Elite School Bus Company L.L.C.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1 First National Bank of PA**
Creditor's Name

**4140 E. State Street**
**Hermitage, PA 16148**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8080**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Bus #'s 33 & 60**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$120,030.99**
Value of collateral: (est.) **$136,000.00**

**2.2 First National Bank of PA**
Creditor's Name

**4140 E. State Street**
**Hermitage, PA 16148**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3815**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Bus #'s 17, 69, & 87**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$195,832.84**
Value of collateral: (est.) **$224,000.00**

Debtor    **Elite School Bus Company L.L.C.**                                    Case number (if known) _____
_____
Name

- [✔] No
- [ ] Yes. Specify each creditor,
including this creditor and its relative
priority.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.3 | **First National Bank of PA** |
|---|---|

Creditor's Name

**4140 E. State Street
Hermitage, PA 16148**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
0266**

**Do multiple creditors have an
interest in the same property?**
- [✔] No
- [ ] Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Bus #'s 30, 34, 72, & 98**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
- [✔] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [✔] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$317,334.56          (est.)
$216,000.00

---

| 2.4 | **First National Bank of PA** |
|---|---|

Creditor's Name

**4140 E. State Street
Hermitage, PA 16148**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
2835**

**Do multiple creditors have an
interest in the same property?**
- [✔] No
- [ ] Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Bus #'s 28 & 82**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
- [✔] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [✔] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$53,875.98          (est.)
$136,000.00

---

| 2.5 | **First National Bank of PA** |
|---|---|

Creditor's Name

**4140 E. State Street
Hermitage, PA 16148**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Bus #'s 18 & 244**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
- [✔] No
- [ ] Yes

$82,154.11          (est.)
$148,000.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 4

Debtor    **Elite School Bus Company L.L.C.**                    Case number (if known) _____
           _____
           Name

**Date debt was incurred**

**Last 4 digits of account number**
**9630**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Ford Motor Credit Company** | Describe debtor's property that is subject to a lien | $24,789.23 | $30,000.00 |
|-----|-----|-----|-----|-----|

Creditor's Name

**One America Road**
**Dearborn, MI 48126**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2020 Ford Expedition**

Creditor's email address, if known

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**6942**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $471,637.98 | $108,413.00 |
|-----|-----|-----|-----|-----|

Creditor's Name

**409 3rd Street, SW**
**Washington, DC 20416**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**blanket UCC lien**

Creditor's email address, if known

**Describe the lien**
**Business Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**7906**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $1,265,655.69

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

Debtor   **Elite School Bus Company L.L.C.**                                    Case number (*if known*) _____
        Name

assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name   **Elite School Bus Company L.L.C.**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an
    amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

**Comptroller of Maryland
Compliance Division
7 Saint Paul Street
Baltimore, MD 21202**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**payroll/ withholding taxes**

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: **$51,916.89**    Priority amount: **$51,916.89**

---

**2.2** | Priority creditor's name and mailing address

**Comptroller of Maryland
Compliance Division
7 Saint Paul Street
Baltimore, MD 21202**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**unemployment taxes**

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: **$13,563.92**    Priority amount: **$13,563.92**

---

Debtor **Elite School Bus Company L.L.C.**      Case number (if known) _____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125,528.00 | $125,528.00 |

| 2.3 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**Post Office Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $125,528.00 | $125,528.00 |

Date or dates debt was incurred      Basis for the claim:
**payroll/ withholding taxes**

Last 4 digits of account number      Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)    ☐ Yes

| 2.4 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**Post Office Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,189.45 | $1,189.45 |

Date or dates debt was incurred      Basis for the claim:
**unemployment taxes**

Last 4 digits of account number      Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)    ☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address<br>**American Express (Lowe's)**<br>**200 Vesey Street**<br>**New York, NY 10285-3106** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,007.05 |

Date(s) debt was incurred _
Last 4 digits of account number **2004**

Basis for the claim: **credit account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address<br>**Bank of America**<br>**100 North Tryon Street**<br>**Charlotte, NC 28255** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,755.63 |

Date(s) debt was incurred _
Last 4 digits of account number **4824**

Basis for the claim: **credit account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address<br>**ByzFunder**<br>**530 7th Ave., Suite 505**<br>**New York, NY 10018** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $86,000.00 |

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **business loan - dispute as to improper sale/financing terms**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Elite School Bus Company L.L.C.**                     Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Canfield Capital LLC**<br>**30 N. Gould St., Suite R**<br>**Sheridan, WY 82801**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  <u>business loan - dispute as to improper sale/financing terms</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Capital One**<br>**1680 Capital One Drive**<br>**Mc Lean, VA 22102**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  <u>7733</u> | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  <u>credit account</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,435.62** |

| | | |
|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Chase Bank (Chase Ink)**<br>**383 Madison Avenue**<br>**New York, NY 10017**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  <u>credit account</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$22,413.34** |

| | | |
|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Chesapeake Employers Insurance**<br>**8722 Loch Raven Blvd**<br>**Towson, MD 21286**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  <u>5610</u> | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  <u>insurance premiums</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$13,472.00** |

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**ERC Specialists**<br>**560 E. Timpanogos Circle**<br>**Orem, UT 84097**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  <u>ERC credit service provider - disputed claim based on improper service provided</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$39,794.79** |

| | | |
|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**FC Marketplace, LLC**<br>**707 17th Street, #2200**<br>**Denver, CO 80202**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  <u>5535</u> | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  <u>business loan - dispute as to improper sale/financing terms</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$233,620.04** |

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Ferrell Fuel Company**<br>**607 Old Philadelphia Road**<br>**Aberdeen, MD 21001**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  <u>gas and propane provider</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$68,000.00** |

Debtor   **Elite School Bus Company L.L.C.**
_____   Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Gilbert, Joseph & Edwina**<br>**2399 Joseph Biggs Highway**<br>**North East, MD 21901** | **$529,788.07** |

**Nonpriority creditor's name and mailing address**
**Gilbert, Joseph & Edwina**
**2399 Joseph Biggs Highway**
**North East, MD 21901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  business assets purchase loan

Is the claim subject to offset? ■ No  ☐ Yes

**$529,788.07**

---

3.12   **Nonpriority creditor's name and mailing address**
**Gilbert, Joseph & Edwina**
**2399 Joseph Biggs Highway**
**North East, MD 21901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease arrears

Is the claim subject to offset? ■ No  ☐ Yes

**$10,800.00**

---

3.13   **Nonpriority creditor's name and mailing address**
**Intuit/QuickBooks Capital**
**Web Bank**
**2700 Coast Ave.**
**Mountain View, CA 94043-1140**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  busienss loan

Is the claim subject to offset? ■ No  ☐ Yes

**$5,442.98**

---

3.14   **Nonpriority creditor's name and mailing address**
**Minks, Dallas**
**511 Conowingo Road**
**Conowingo, MD 21918**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  unpaid compensation and owner contributions

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

3.15   **Nonpriority creditor's name and mailing address**
**Minks, Rebecca**
**511 Conowingo Road**
**Conowingo, MD 21918**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  unpaid compensation and owner contributions

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

3.16   **Nonpriority creditor's name and mailing address**
**OnDeck Capital, Inc.**
**4700 W. Daybreak Parkway**
**Suite 200**
**South Jordan, UT 84009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  business loan - dispute as to improper sale/financing terms

Is the claim subject to offset? ■ No  ☐ Yes

**$16,000.00**

---

3.17   **Nonpriority creditor's name and mailing address**
**Selective Insurance Company of America**
**40 Wantage Ave.**
**Branchville, NJ 07890**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  liability insurance

Is the claim subject to offset? ■ No  ☐ Yes

**$8,659.00**

| Debtor | **Elite School Bus Company L.L.C.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63,000.00** |
|---|---|---|---|
| | **SuperFast Cap (Alternative Capital)** | ☐ Contingent | |
| | **Top Choice Financial LLC** | ☐ Unliquidated | |
| | **61 Broadway, #1901** | ■ Disputed | |
| | **New York, NY 10006** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  business loan - dispute as to improper sale/financing terms | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Berkovitch & Bouskila, PLLC**<br>**1545 U.S. 202, Suite 101**<br>**Pomona, NY 10970** | Line **3.3**<br>☐ Not listed. Explain _____ | _ |
| 4.2 | **iBusiness Funding USA**<br>**PO Box 206536**<br>**Dallas, TX 75320-6536** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **iBusiness Funding USA**<br>**fka Funding Circle**<br>**110 SE 6th Street, #700**<br>**Fort Lauderdale, FL 33301** | Line **3.9**<br>☐ Not listed. Explain _____ | _ |
| 4.4 | **Strong & Hanni**<br>**102 South 200 East**<br>**Suite 800**<br>**Salt Lake City, UT 84111** | Line **3.8**<br>☐ Not listed. Explain _____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 192,198.26 |
| 5b. Total claims from Part 2 | 5b. | + $ | 1,132,188.52 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,324,386.78 |

**Fill in this information to identify the case:**

Debtor name    **Elite School Bus Company L.L.C.**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number *(if known)* _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **internet and phone provider** | |
| State the term remaining | |
| List the contract number of any government contract | **Armstrong**<br>**One Armstrong Place**<br>**Butler, PA 16001** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **bus routes for student transportation** | |
| State the term remaining | |
| List the contract number of any government contract | **Cecil County Public Schools**<br>**201 Booth Street**<br>**Elkton, MD 21921** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **workers compensation insurance** | |
| State the term remaining | |
| List the contract number of any government contract | **Chesapeake Employers Insurance**<br>**8722 Loch Raven Blvd**<br>**Towson, MD 21286** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **gas and propane provider** | |
| State the term remaining | |
| List the contract number of any government contract | **Ferrell Fuel Company**<br>**607 Old Philadelphia Road**<br>**Aberdeen, MD 21001** |

Debtor 1  **Elite School Bus Company L.L.C.**

First Name          Middle Name          Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **lease of shop and parking lot for business operations** | |
|---|---|---|---|
| | State the term remaining | | **Gilbert, Joseph & Edwina** |
| | List the contract number of any government contract | | **2399 Joseph Biggs Memorial Hwy** |
| | | | **North East, MD 21901** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **2-way radios** | |
|---|---|---|---|
| | State the term remaining | | **Motorola Solutions, Inc.** |
| | List the contract number of any government contract | | **500 West Monroe** |
| | | | **Chicago, IL 60661** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **liability insurance** | |
|---|---|---|---|
| | State the term remaining | | **Selective Insurance Company of America** |
| | List the contract number of any government contract | | **40 Wantage Ave.** |
| | | | **Branchville, NJ 07890** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **uniforms and suppleis** | |
|---|---|---|---|
| | State the term remaining | | **Unifirst Corporation** |
| | List the contract number of any government contract | | **15 Olympia Avenue** |
| | | | **Woburn, MA 01801** |

**Fill in this information to identify the case:**

Debtor name    **Elite School Bus Company L.L.C.**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Rebecca & Dallas Minks | 511 Conowingo Road Conowingo, MD 21918 | | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | Rebecca & Dallas Minks | | ByzFunder | ☐ D _____ <br> ■ E/F __3.3__ <br> ☐ G _____ |
| 2.3 | Rebecca & Dallas Minks | | Canfield Capital LLC | ☐ D _____ <br> ■ E/F __3.4__ <br> ☐ G _____ |
| 2.4 | Rebecca & Dallas Minks | | FC Marketplace, LLC | ☐ D _____ <br> ■ E/F __3.9__ <br> ☐ G _____ |
| 2.5 | Rebecca & Dallas Minks | | First National Bank of PA | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor    **Elite School Bus Company L.L.C.**                                    Case number *(if known)* _____

███    **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

| | Codebtor | Creditor | D | E/F | G |
|---|---|---|---|---|---|
| 2.6 | Rebecca & Dallas Minks | First National Bank of PA | ■ D __2.2__ | ☐ E/F _____ | ☐ G _____ |
| 2.7 | Rebecca & Dallas Minks | First National Bank of PA | ■ D __2.3__ | ☐ E/F _____ | ☐ G _____ |
| 2.8 | Rebecca & Dallas Minks | First National Bank of PA | ■ D __2.4__ | ☐ E/F _____ | ☐ G _____ |
| 2.9 | Rebecca & Dallas Minks | First National Bank of PA | ■ D __2.5__ | ☐ E/F _____ | ☐ G _____ |
| 2.10 | Rebecca & Dallas Minks | Gilbert, Joseph & Edwina | ☐ D _____ | ■ E/F __3.11__ | ☐ G _____ |
| 2.11 | Rebecca & Dallas Minks | Gilbert, Joseph & Edwina | ☐ D _____ | ■ E/F __3.12__ | ☐ G _____ |
| 2.12 | Rebecca & Dallas Minks | Intuit/QuickBooks Capital | ☐ D _____ | ■ E/F __3.13__ | ☐ G _____ |
| 2.13 | Rebecca & Dallas Minks | SuperFast Cap (Alternative Capital) | ☐ D _____ | ■ E/F __3.18__ | ☐ G _____ |

Debtor   **Elite School Bus Company L.L.C.**                                Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

2.14   **Rebecca & Dallas Minks**

   **U.S. Small Business Administration**

   ■ D  __2.7__
   ☐ E/F _____
   ☐ G _____

2.15   **Rebecca Minks**

   **OnDeck Capital, Inc.**

   ☐ D _____
   ■ E/F  __3.16__
   ☐ G _____

**Fill in this information to identify the case:**

Debtor name  **Elite School Bus Company L.L.C.**

United States Bankruptcy Court for the:  DISTRICT OF MARYLAND

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$1,911,755.76** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$1,969,557.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.  **First National Bank<br>9140 E. State Street<br>Hermitage, PA 16148** | **monthly loan payments of $6,500 and $8,160.67 for bus financing loans** | **$43,982.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    Elite School Bus Company L.L.C.                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **Ferrell Fuel** | Dec 16<br>$4,389.14<br>Jan 2<br>$16,361.78<br>Jan 16<br>$11,789.09<br>Jan 16<br>$6,992.27 | $39,532.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.3. **ByzFunder** | weekly | $38,934.90 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **OnDeck Capital** | weekly | $25,193.10 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **TopChoice/Superfast** | weekly | $13,242.01 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

Debtor   **Elite School Bus Company L.L.C.** _____   Case number *(if known)* _____

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | | |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Tydings & Rosenberg LLP** | 15,000 retainer plus 1,738 filing fee | **February 2025** | $16,738.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **Elite School Bus Company L.L.C.**                              Case number *(if known)*  _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **WayPoint Resources** | | 01/31/2025 | $3,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**  **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**  **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**  **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

| Debtor | Elite School Bus Company L.L.C. | Case number *(if known)* | |
|---|---|---|---|

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First National Bank** | **XXXX-8294** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 01/21/2025 | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

| Debtor | Elite School Bus Company L.L.C. | Case number *(if known)* | |
|--------|----------------------------------|--------------------------|--|

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---------------------------|----------------------------------|--------------------|----------------|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|-----------------------------|----------------|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|-----------------------------|----------------|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|-----------------------|-------------------------------------|---------------------------------------------------------------------------------------------------------------|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|------------------|----------------------------|
| 26a.1.   **Magnum Financial Services LLC**<br>**998 Hospitality Way, #202**<br>**Aberdeen, MD 21001** | |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|

Debtor    **Elite School Bus Company L.L.C.**                     Case number *(if known)*

---

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **First National Bank**<br>**4140 E. State Street**<br>**Hermitage, PA 16148** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dallas Minks** | | **Member** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rebecca Minks** | | **Member** | **50** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Rebecca Minks** | **$46,000.00** | **2024** | **payroll** |
| **Relationship to debtor**<br>**owner** | | | |
| 30.2. **Dallas Minks** | **$58,500.00** | **2024** | **payroll** |
| **Relationship to debtor**<br>**owner** | | | |

Debtor    **Elite School Bus Company L.L.C.**                              Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Dallas Minks** | **$22,000.00** | **2024** | **draws** |
| | Relationship to debtor | | | |
| | **owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 25, 2025**

**/s/ Rebecca Minks**                                **Rebecca Minks**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

# United States Bankruptcy Court
## District of Maryland

In re  **Elite School Bus Company L.L.C.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dallas Minks** | **Member** | | **50%** |
| **Rebecca Minks** | **Member** | | **50%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 25, 2025**

Signature  **/s/ Rebecca Minks**

**Rebecca Minks**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Maryland

In re    **Elite School Bus Company L.L.C.**                                    Case No.

Debtor(s)                Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **February 25, 2025**                      **/s/ Rebecca Minks**

**Rebecca Minks**/**Manager**
Signer/Title

.

Elite School Bus Company L.L.C.
511 Conowingo Road
Conowingo, MD 21918


Mary Fran Ebersole
Tydings & Rosenberg LLP
One East Pratt Street
Suite 901
Baltimore, MD 21202


American Express (Lowe's)
200 Vesey Street
New York, NY 10285-3106


Armstrong
One Armstrong Place
Butler, PA 16001


Bank of America
100 North Tryon Street
Charlotte, NC 28255


Berkovitch & Bouskila, PLLC
1545 U.S. 202, Suite 101
Pomona, NY 10970


ByzFunder
530 7th Ave., Suite 505
New York, NY 10018


Canfield Capital LLC
30 N. Gould St., Suite R
Sheridan, WY 82801


Capital One
1680 Capital One Drive
Mc Lean, VA 22102

Cecil County Public Schools
201 Booth Street
Elkton, MD 21921


Chase Bank (Chase Ink)
383 Madison Avenue
New York, NY 10017


Chesapeake Employers Insurance
8722 Loch Raven Blvd
Towson, MD 21286


Comptroller of Maryland
Compliance Division
7 Saint Paul Street
Baltimore, MD 21202


ERC Specialists
560 E. Timpanogos Circle
Orem, UT 84097


FC Marketplace, LLC
707 17th Street, #2200
Denver, CO 80202


Ferrell Fuel Company
607 Old Philadelphia Road
Aberdeen, MD 21001


First National Bank of PA
4140 E. State Street
Hermitage, PA 16148


Ford Motor Credit Company
One America Road
Dearborn, MI 48126

Gilbert, Joseph & Edwina
2399 Joseph Biggs Memorial Hwy
North East, MD 21901


iBusiness Funding USA
PO Box 206536
Dallas, TX 75320-6536


iBusiness Funding USA
fka Funding Circle
110 SE 6th Street, #700
Fort Lauderdale, FL 33301


Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346


Intuit/QuickBooks Capital
Web Bank
2700 Coast Ave.
Mountain View, CA 94043-1140


Motorola Solutions, Inc.
500 West Monroe
Chicago, IL 60661


OnDeck Capital, Inc.
4700 W. Daybreak Parkway
Suite 200
South Jordan, UT 84009


Rebecca & Dallas Minks
511 Conowingo Road
Conowingo, MD 21918


Selective Insurance Company of America
40 Wantage Ave.
Branchville, NJ 07890

Strong & Hanni
102 South 200 East
Suite 800
Salt Lake City, UT 84111


SuperFast Cap (Alternative Capital)
Top Choice Financial LLC
61 Broadway, #1901
New York, NY 10006


U.S. Small Business Administration
409 3rd Street, SW
Washington, DC 20416


Unifirst Corporation
15 Olympia Avenue
Woburn, MA 01801

# United States Bankruptcy Court
## District of Maryland

In re  **Elite School Bus Company L.L.C.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Elite School Bus Company L.L.C.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly owns(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 25, 2025**

Date

**/s/ Mary Fran Ebersole**

**Mary Fran Ebersole 08729**

Signature of Attorney or Litigant

Counsel for  **Elite School Bus Company L.L.C.**

**Tydings & Rosenberg LLP**
**One East Pratt Street**
**Suite 901**
**Baltimore, MD 21202**
**(410) 752-9750**
**mebersole@tydings.com**