| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Elite School Bus Company L.L.C.** |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | **25-11526** |

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*   **D, E/F, and H**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 10, 2025**

X **/s/ Rebecca Minks**
Signature of individual signing on behalf of debtor

**Rebecca Minks**
Printed name

**Manager**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **Elite School Bus Company L.L.C.**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known): _____

☑ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* — **Amount of claim** — Do not deduct the value of collateral.
*Column B* — **Value of collateral that supports this claim**

---

**2.1**  **First National Bank of PA**
Creditor's Name

**4140 E. State Street**
**Hermitage, PA 16148**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number: **8080**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien:
**Bus #'s 33 & 60.  These buses cross collateralize all other listed First National Bank of PA loans.**

Describe the lien:
**Purchase Money Security**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$120,030.99**
Column B: _____

---

**2.2**  **First National Bank of PA**
Creditor's Name

**4140 E. State Street**
**Hermitage, PA 16148**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number: **3815**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien:
**Bus #'s 17, 69, & 87.  These buses cross collateralize all other listed First National Bank of PA loans.**

Describe the lien:
**Purchase Money Security**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$195,832.84**
Column B: _____

---

Debtor **Elite School Bus Company L.L.C.**            Case number (if known) _____
       Name

- [✔] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

**2.3** | **First National Bank of PA**
Creditor's Name

**4140 E. State Street**
**Hermitage, PA 16148**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0266**

**Do multiple creditors have an interest in the same property?**
- [✔] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Bus #'s 30, 34, 72, & 98.  These buses cross collateralize all other listed First National Bank of PA loans.**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
- [✔] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [ ] No
- [✔] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$317,334.56

---

**2.4** | **First National Bank of PA**
Creditor's Name

**4140 E. State Street**
**Hermitage, PA 16148**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2835**

**Do multiple creditors have an interest in the same property?**
- [✔] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Bus #'s 28 & 82.  These buses cross collateralize all other listed First National Bank of PA loans.**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
- [✔] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [ ] No
- [✔] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$53,875.98

---

**2.5** | **First National Bank of PA**
Creditor's Name

**4140 E. State Street**
**Hermitage, PA 16148**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**Bus #'s 18 & 244.  These buses cross collateralize all other listed First National Bank of PA loans.**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
- [✔] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [ ] No

$82,154.11

---

Debtor **Elite School Bus Company L.L.C.**     Case number (if known) _____
      Name

**Last 4 digits of account number**
**9630**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.6** | **Ford Motor Credit Company** | Describe debtor's property that is subject to a lien | $24,789.23 | $30,000.00 |
| | Creditor's Name | **2020 Ford Expedition** | | |

**One America Road**
**Dearborn, MI 48126**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6942**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.7** | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $471,637.98 | $108,413.00 |
| | Creditor's Name | **blanket UCC lien** | | |

**409 3rd Street, SW**
**Washington, DC 20416**
Creditor's mailing address

**Describe the lien**
**Business Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7906**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$1,265,655.69**

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor **Elite School Bus Company L.L.C.**
Name

Case number (if known) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Elite School Bus Company L.L.C.** |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | 25-11526 |

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Comptroller of Maryland**<br>**Compliance Division**<br>**7 Saint Paul Street**<br>**Baltimore, MD 21202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $51,916.89 | $51,916.89 |
| | Date or dates debt was incurred | Basis for the claim:<br>**payroll/ withholding taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Comptroller of Maryland**<br>**Compliance Division**<br>**7 Saint Paul Street**<br>**Baltimore, MD 21202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,563.92 | $13,563.92 |
| | Date or dates debt was incurred | Basis for the claim:<br>**unemployment taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor **Elite School Bus Company L.L.C.**  Case number (if known) **25-11526**
Name

### 2.3

Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency Operation**
**Post Office Box 7346**
**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

As of the petition filing date, the claim is: $125,528.00   $125,528.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**payroll/ withholding taxes**

Is the claim subject to offset?
■ No
☐ Yes

### 2.4

Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency Operation**
**Post Office Box 7346**
**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

As of the petition filing date, the claim is: $1,189.45   $1,189.45
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**unemployment taxes**

Is the claim subject to offset?
■ No
☐ Yes

### 2.5

Priority creditor's name and mailing address
**Minks, Dallas**
**511 Conowingo Road**
**Conowingo, MD 21918**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

As of the petition filing date, the claim is: $6,000.00   $6,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**unpaid payroll for 10/15/24 nad 12/31/24**

Is the claim subject to offset?
■ No
☐ Yes

### 2.6

Priority creditor's name and mailing address
**Minks, Rebecca**
**511 Conowingo Road**
**Conowingo, MD 21918**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

As of the petition filing date, the claim is: $9,000.00   $9,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**unpaid wages for 10/15/24, 12/31/24, and 01/31/25**

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor **Elite School Bus Company L.L.C.**  Case number (if known) 25-11526
         Name

| | | |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**American Express (Lowe's)**<br>**200 Vesey Street**<br>**New York, NY 10285-3106**<br>Date(s) debt was incurred __<br>Last 4 digits of account number **2004** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:  credit account**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $7,007.05 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Bank of America**<br>**100 North Tryon Street**<br>**Charlotte, NC 28255**<br>Date(s) debt was incurred __<br>Last 4 digits of account number **4824** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:  credit account**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $22,755.63 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**ByzFunder**<br>**530 7th Ave., Suite 505**<br>**New York, NY 10018**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:  business loan - dispute as to improper sale/financing terms**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $86,000.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Canfield Capital LLC**<br>**30 N. Gould St., Suite R**<br>**Sheridan, WY 82801**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:  business loan - dispute as to improper sale/financing terms**<br>Is the claim subject to offset?  ■ No  ☐ Yes | Unknown |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Capital One**<br>**1680 Capital One Drive**<br>**Mc Lean, VA 22102**<br>Date(s) debt was incurred __<br>Last 4 digits of account number **7733** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:  credit account**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $5,435.62 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Chase Bank (Chase Ink)**<br>**383 Madison Avenue**<br>**New York, NY 10017**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:  credit account**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $22,413.34 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Chesapeake Employers Insurance**<br>**8722 Loch Raven Blvd**<br>**Towson, MD 21286**<br>Date(s) debt was incurred __<br>Last 4 digits of account number **5610** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:  insurance premiums**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |

Debtor **Elite School Bus Company L.L.C.**  Case number (if known) **25-11526**
Name

| 3.8 | **Nonpriority creditor's name and mailing address**<br>**ERC Specialists**<br>**560 E. Timpanogos Circle**<br>**Orem, UT 84097**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **ERC credit service provider - disputed claim based on improper service provided**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $39,794.79 |
|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**FC Marketplace, LLC**<br>**707 17th Street, #2200**<br>**Denver, CO 80202**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **5535** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **business loan - dispute as to improper sale/financing terms**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $233,620.04 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Ferrell Fuel Company**<br>**607 Old Philadelphia Road**<br>**Aberdeen, MD 21001**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **gas and propane provider**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $68,000.00 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Gilbert, Joseph & Edwina**<br>**2399 Joseph Biggs Highway**<br>**North East, MD 21901**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **business assets purchase loan**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $529,788.07 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Gilbert, Joseph & Edwina**<br>**2399 Joseph Biggs Highway**<br>**North East, MD 21901**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **lease arrears**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $10,800.00 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Intuit/QuickBooks Capital**<br>**Web Bank**<br>**2700 Coast Ave.**<br>**Mountain View, CA 94043-1140**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **busienss loan**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $5,442.98 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Minks, Dallas**<br>**511 Conowingo Road**<br>**Conowingo, MD 21918**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **unpaid payroll for 05/01/24**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $3,000.00 |

Debtor **Elite School Bus Company L.L.C.**          Case number (if known)  **25-11526**
       Name

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Minks, Rebecca**<br>**511 Conowingo Road**<br>**Conowingo, MD 21918**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$3,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** unpaid payroll for 05/01/24<br><br>Is the claim subject to offset?   ■ No   ☐ Yes |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Minks, Rebecca +/or Dallas**<br>**511 Conowingo Road**<br>**Conowingo, MD 21918**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** loan to Debtor (amount TBD)<br><br>Is the claim subject to offset?   ■ No   ☐ Yes |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**OnDeck Capital, Inc.**<br>**4700 W. Daybreak Parkway**<br>**Suite 200**<br>**South Jordan, UT 84009**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$16,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** business loan - dispute as to improper sale/financing terms<br><br>Is the claim subject to offset?   ■ No   ☐ Yes |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Selective Insurance Company of America**<br>**40 Wantage Ave.**<br>**Branchville, NJ 07890**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** liability insurance<br><br>Is the claim subject to offset?   ■ No   ☐ Yes |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**SuperFast Cap (Alternative Capital)**<br>**Top Choice Financial LLC**<br>**61 Broadway, #1901**<br>**New York, NY 10006**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*    **$63,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** business loan - dispute as to improper sale/financing terms<br><br>Is the claim subject to offset?   ■ No   ☐ Yes |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Berkovitch & Bouskila, PLLC**<br>**1545 U.S. 202, Suite 101**<br>**Pomona, NY 10970** | Line **3.3**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **iBusiness Funding USA**<br>**PO Box 206536**<br>**Dallas, TX 75320-6536** | Line **3.9**<br><br>☐ Not listed. Explain ____ | __ |

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page 5 of 6

| Debtor | Elite School Bus Company L.L.C. | Case number (if known) | 25-11526 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | iBusiness Funding USA<br>fka Funding Circle<br>110 SE 6th Street, #700<br>Fort Lauderdale, FL 33301 | Line  **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Strong & Hanni**<br>**102 South 200 East**<br>**Suite 800**<br>**Salt Lake City, UT 84111** | Line  **3.8**<br>☐ Not listed. Explain ____ | _ |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 207,198.26 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 1,116,057.52 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,323,255.78 |

**Fill in this information to identify the case:**

Debtor name: **Elite School Bus Company L.L.C.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known): **25-11526**

■ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* Codebtor

*Column 2:* Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Dallas Minks** | | Intuit/QuickBooks Capital | ☐ D ____<br>■ E/F **3.13**<br>☐ G ____ |
| 2.2 | **Rebecca & Dallas Minks** | 511 Conowingo Road<br>Conowingo, MD 21918 | | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Rebecca & Dallas Minks** | | ByzFunder | ☐ D ____<br>■ E/F **3.3**<br>☐ G ____ |
| 2.4 | **Rebecca & Dallas Minks** | | Canfield Capital LLC | ☐ D ____<br>■ E/F **3.4**<br>☐ G ____ |
| 2.5 | **Rebecca & Dallas Minks** | | FC Marketplace, LLC | ☐ D ____<br>■ E/F **3.9**<br>☐ G ____ |

| Debtor | Elite School Bus Company L.L.C. | Case number *(if known)* | 25-11526 |

**Additional Page to List More Codebtors**
Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Rebecca & Dallas Minks | First National Bank of PA | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Rebecca & Dallas Minks | First National Bank of PA | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Rebecca & Dallas Minks | First National Bank of PA | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Rebecca & Dallas Minks | First National Bank of PA | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | Rebecca & Dallas Minks | First National Bank of PA | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | Rebecca & Dallas Minks | SuperFast Cap (Alternative Capital) | ☐ D ____<br>■ E/F __3.19__<br>☐ G ____ |
| 2.12 | Rebecca & Dallas Minks | U.S. Small Business Administration | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | Rebecca & Dallas Minks | Gilbert, Joseph & Edwina | ☐ D ____<br>■ E/F __3.11__<br>☐ G ____ |

Official Form 206H          Schedule H: Your Codebtors          Page 2 of 3

Debtor  **Elite School Bus Company L.L.C.**              Case number *(if known)*  **25-11526**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | | |
|---|---|---|---|---|
| 2.14 | **Rebecca Minks** | **OnDeck Capital, Inc.** | ☐ D _____<br>■ E/F **3.17**<br>☐ G _____ | |
| 2.15 | **Rebecca Minks** | **Ford Motor Credit Company** | ■ D **2.6**<br>☐ E/F _____<br>☐ G _____ | |